THE LAW OFFICES OF
AVRUM J. ROSEN, PLLC
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743

..............

Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address:fkantrow@avrumrosenlaw.com

AVRUM J. ROSEN
FRED S. KANTROW

KIMBERLY I. BERSON
DEBORAH L. DOBBIN

ALLAN B. MENDELSOHN *
MICHAEL J. O'SULLIVAN*
(* of counsel)

August 20, 2013

VIA E-MAIL Margaret_Clarke@nyeb.uscourts.gov
Margaret Clark

Re: Cases Linked to Kathy Geraci

Dear Margaret:

Pursuant to our conversation of this morning, enclosed herewith is a list of cases in which Katherine Geraci needs to be removed and my name and firm information inserted in its place. You are hereby authorized to remove the linkage of these cases from Katherine Geraci as she is no longer with the firm. We are currently working on two other lists, one where her name is removed and no substitution is necessary and the other where our firm information needs to be removed from her name. As the list enclosed is the most important we are sending this on to you first. We would appreciate it if this can be done as soon as possible as we are not getting ecf bounces on any of these cases.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

S/Fred S. Kantrow

Fred S. Kantrow

Y:\Fred\ltr to Margaret Clark re removing KG.wpd

**LIST OF CASES FROM WHICH KATHY GERACI NEEDS TO BE REMOVED:**

| | |
|---|---|
| 09-44776-nhl | Nadiera Mohammed |
| 09-50285-ess | Miron Building Supply LLC |
| 09-50841-ess | Miriam Cruz |
| 10-43746-ess | S.M. Transportation, Ltd. |
| 10-46901-ess | Shahara Khan |
| 10-47675-cec | Merle G Wellington |
| 10-47695-ess | Peter Paterno |
| 10-49611-ess | Thomas Lynch and Maureen Lynch |
| 10-50674-ess | Ahtanasios Lymberatos |
| 11-1465-ess | D. Kramer as Trustee of Estate of Peter Paterno v Paterno et al |
| 11-1520-ess | Kramer as Trusteeof Estate of Shahara Khan v Mahia et al |
| 11-1539-ess | Kramer v Iqbal et al |
| 11-41858-ess | Nadjhela Jean-Baptiste |
| 11-41870-nhl | Burnadett D Weir |
| 11-43573-cec | American Medical Untilization Management |
| 11-43943-cec | John Charles Connelly |
| 11-46025-nhl | Caroyln DeLeon |
| 11-46751-ess | Julian Kaplan |
| 11-46968-nhl | Louise Chin |
| 11-48020-nhl | Eric Chang |
| 11-48040-ess | Jozsef Paul Ban |
| 11-48763-cec | David Peteroy |
| 11-48780-nhl | Jorge R. Velez |
| 11-49518-nhl | Mead & Josipovich, Inc. |
| 12-1078-ess | Doyaga v American Express Centurion Services |

| 12-1096-ess | Doyaga v Messing et al |
| --- | --- |
| 12-1099-ess | Doyaga v Messing et al |
| 12-1102-ess | Doyaga v Messing et al |
| 12-1125-ess | Doyaga v Messing Queens Realty LLC et al |
| 12-1126-ess | Doyaga v Messing et al |
| 12-1129-ess | Doyaga, Sr. V Messing et al |
| 12-1160-nhl | Kramer v Velez |
| 12-1198-ess | Kramer v Iqbal et al |
| 12-1233-nhl | Kramer v Chin |
| 12-1312-ess | O'Connell v Kaplan |
| 12-43751-ess | Santiago Manlapaz and Lilia Manlapaz |
| 12-45258-ess | JNJ Restaurant Supplies |
| 12-47075 | Jahirul Islam |
| 12-48269-cec | Francis Hercules |
| 12-48623-nhl | Naveed M Siddiqi |
| 13-1111-ess | D. Kramer Trustee for Estate v Fusion Renewables |
| 13-40909-ess | International Exchange Services LLC |
| 13-43767-cec | Dina Semacaritt |
| 07-72817-dte | Yerushalmi & Associates LLP |
| 07-73330-cec | Stephen Nicholas |
| 08-77162-ast | Thomas C Nocella and Deborah A Nocella |
| 09-74985-dte | Paul Scarpinella and Carol Scaprinella |
| 09-79154-dte | Lenroy Orlando English and Dian English |
| 09-79349-dte | Donnelly Commodities Inc. |
| 10-8686-ast | Rand International Leisure v Executive Importers LLC |
| 10-70278-reg | Bob Stevens Appliances and TV Inc. |

| | |
|---|---|
| 10-71497-ast | Rand International Leisure Products LLC |
| 10-72236-ast | Peter Ochs |
| 10-74979-ast | Noel G. Rodney and Gretchen Cotton |
| 10-75313-ast | Leonid Reznik and Yana Faynshteyn |
| 10-76183-ast | Philip Prosseda |
| 10-76780-ast | Lan Utilities Inc and Denise Labriola |
| 11-8274-ast | Rand International Leisure v Goldmeier |
| 11-8275-ast | Rand International Leisure v Goldmeier |
| 11-70191 | Coastline Construction, Inc. |
| 11-70638-ast | Mark C Hotton |
| 11-70799-ast | Maria Cartalemi |
| 11-71229-ast | 699 Merrick Road Realty |
| 11-72255-reg | Carolyn Slamow |
| 11-73530-ast | Tudor Oaks Owners Corp. |
| 11-73797-reg | Donald Matinsky |
| 11-73921-ast | Vasilios Christoforatos and Aida Bugeja |
| 11-74204-dte | George J. Abbale |
| 11-75043-dte | Platinum Select Mortgage |
| 11-76129-reg | E.D.B. Construction Corp. |
| 11-76522-reg | Lawrence Wallach |
| 11-77954-ast | Exeter Holding Ltd. |
| 11-78144-ast | Jill M. Carroll |
| 12-8003-ast | Ales v Stern et al |
| 12-8085-ast | Mendelsohn v Mextorf |
| 12-8086-ast | Mendelsohn v, Labriola |
| 12-8206-ast | Mendelsohn v DeGuzman et al |
| 12-8207-ast | Mendelsohn v Moral |
| 12-70158-reg | Milton Abeles, LLC |

| 12-70632-ast | Frederick L Ippolito |
|---|---|
| 12-71312-ast | Principi Family Properties Llc |
| 12-72765-ast | David Goodnight |
| 12-73550-reg | Smokin Al's Inc. |
| 12-73551-reg | Smokin Al's of Massapequa Park |
| 12-75453-ast | Donald J. Huerter |
| 12-75922-dte | Howard Blankman and Donna Blankman |
| 13-8022-dte | Mendelsohn v Nielsen et al |
| 13-71194-ast | Cheaper Peepers of New York |
| 13-72055-reg | Barry Goldstein |
| 13-72181-ast | KDK Realty LLC |
| 11-49523-cec | Richard Klein and Donna Klein |
| 12-1021-cec | Kramer as Trustee of Estate of Klein v Nielsen et al |
| 12-1312-ess | O'Connell v Kaplan |
| 12-1321-ess | O'Connell v Matus |
| 09-75197-dte | Christian Nielsen and Josephine S. Nielsen |
| 10-8749-dte | Silverman v Future Massage Therapy |
| 12-76100-ast | Joseph J. Albanese |
| 13-8053-reg | Mendelsohn v Velazquez |
| 11-49339 | William T. Castro |
| 11-49342-nhl | Facio Productions, Inc. |
| 11-49343-nhl | Unique Autosports Inc. |
| 11-49344-nhl | Unique Autosport South, Inc. |
| 12-42513-ess | MMSH LLC |
| 11-78529-ast | Laurie Munn |
| 13-8021-reg | Mendelsohn v Roalef |
| 13-72401 | 219 West LLC |